UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADEEM EDWARDS,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>   Defendant. | 1:23-cv-01180-SKO (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT**<br><br>(Doc. 6) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 16, 2023, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 6.) The Court however previously granted Plaintiff's application to proceed *in forma pauperis* in this action on August 14, 2023. (*See* Docs. 2 & 5.)

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's application of August 16, 2023, is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:  **August 18, 2023**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1